**CARDEN LIVESAY**
— LTD —
ATTORNEYS AT LAW

Joshua W. Carden, SBN 021698
419 East Juanita Avenue, Suite 103
Mesa, AZ 85204
joshua@cardenlivesay.com
T. (480) 345-9500
F. (480) 345-6559
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thadeus J. Sosa, | No. CV-19-05129-PHX-DLR |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Wells Fargo Bank, N.A., | |
| Defendant. | |

 Pursuant to Local Rule of Civil Procedure 40.2(d), Plaintiff Thadeus J. Sosa and Defendant Wells Fargo Bank, N.A., through undersigned counsel, hereby give notice that the parties have reached a settlement and have resolved this matter in its entirety. The parties anticipate that they will file a stipulation and formal order for dismissal of this case with prejudice within the next 30 days.

 Respectfully submitted on this 9th day of August, 2022.

CARDEN LIVESAY, LTD.               FISHER & PHILLIPS, LLP

By: /s/Joshua W. Carden             By: /s/Lori A. Guner *w/permission*
Joshua W. Carden                    Lori A. Guner
*Attorneys for Plaintiff*           Pavneet Singh Uppal
                                    *Attorneys for Defendant*

I certify that the content of this document
is acceptable to all persons required to



sign the document and that authorization to electronically sign this document has been obtained.

By: s/Joshua W. Carden

