**CARDEN LIVESAY**
— LTD —
ATTORNEYS AT LAW

Joshua W. Carden, SBN 021698
419 East Juanita Avenue, Suite 103
Mesa, AZ 85204
joshua@cardenlivesay.com
T. (480) 345-9500
F. (480) 345-6559
*Attorney for Plaintiff*

Pavneet Singh Uppal, SBN 016805
Lori Guner, SBN 031646
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
lguner@fisherphillips.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thadeus J. Sosa,<br><br>    Plaintiff,<br><br>v.<br><br>Wells Fargo Bank, N.A.,<br><br>    Defendant. | No. 2:19-cv-05129-PHX-DLR<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

  Pursuant to Federal Rules of Civil Procedure, Rule 41(a), Plaintiff Thadeus J. Sosa and Defendant Wells Fargo Bank, N.A., through their undersigned counsel, hereby stipulate to dismiss this lawsuit with prejudice, with each side to bear its own attorneys' fees and costs.

  A proposed Order is submitted herewith.



Respectfully submitted on this 23rd day of August, 2022.

CARDEN LIVESAY, LTD.

By: /s/Joshua W. Carden
Joshua W. Carden
*Attorneys for Plaintiff*

I certify that the content of this document is acceptable to all persons required to sign the document and that authorization to electronically sign this document has been obtained.

By: s/Joshua W. Carden

FISHER & PHILLIPS, LLP

By: /s/Lori A. Guner *w/permission*
Lori A. Guner
Pavneet Singh Uppal
*Attorneys for Defendant*

