# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Thadeus J Sosa,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Wells Fargo Bank NA, et al.,<br><br>　　　　　Defendants. | No. CV-19-05129-PHX-DLR<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice (Doc. 82), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 2nd day of September, 2022.

_____
Douglas L. Rayes
United States District Judge